B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of California

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Action Equipment Rentals** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Iron Industries, Inc. dba Action Equipment Rentals** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**14-1951709** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**10 South Brown Street**<br>**Hanford, CA**  ZIP Code **93232** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Kings** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 1324**<br>**Hanford, CA**  ZIP Code **93232** | Mailing Address of Joint Debtor (if different from street address):  ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): **10 South Brown Street** **Hanford, CA 93232** | |

## Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
■ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

### Tax-Exempt Entity
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

## Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

### Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

### Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

### Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

2010-61196
FILED
September 28, 2010
5:00 PM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002960032

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Action Equipment Rentals** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**Iron Industries, Inc.** | Case Number: | Date Filed:<br>**9/28/10** |
|---|---|---|
| District:<br>**Eastern District of CA-Fresno Division** | Relationship:<br>**Affiliate** | Judge:<br>**unknown** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)



_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Action Equipment Rentals**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X** **/s/ Hagop T. Bedoyan**
Signature of Attorney for Debtor(s)

**Hagop T. Bedoyan 131285**
Printed Name of Attorney for Debtor(s)

**Klein DeNatale Goldner Cooper Rosenlieb & Kimball**
Firm Name

**5260 North Palm, Suite 201**
**Second Floor**
**Fresno, CA 93704**

_____
Address

**Email: hbedoyan@kleinlaw.com**
**559 438-4374  Fax: 559 432-1847**
Telephone Number

**September 28, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Robert Moffitt**
Signature of Authorized Individual

**Robert Moffitt**
Printed Name of Authorized Individual

**Partner**
Title of Authorized Individual

**September 28, 2010**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Eastern District of California

In re    **Action Equipment Rentals**                Case No. _____

                             Debtor(s)      Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Morris Levin & Sons<br>1816 S. "K" Street<br>Tulare, CA 93274 | Morris Levin & Sons<br>1816 S. "K" Street<br>Tulare, CA 93274 | Note | | 855,357.74 |
| People's Capital & Leasing Corporation<br>255 Bank St 4th Floor<br>Waterbury, CT 06702-2213 | People's Capital & Leasing Corporation<br>255 Bank St 4th Floor<br>Waterbury, CT 06702-2213 | Security Interest asset numbers: 0730, 0731, 0732, 0734, 0733, 0746, 0747, 0749, 0748, 0740, 0741, 0739, 0735, 0736, 0737, 0738, 0750, 0751, 0780, 079 | | 1,194,905.14<br><br>(694,500.00 secured) |
| GE Captial<br>PO Box 802585<br>Chicago, IL 60680-2585 | GE Captial<br>PO Box 802585<br>Chicago, IL 60680-2585 | Security Interest asset numbers: 0508, 0509, 0510, 0511, 0512, 0513, 0514, 0515, 0516, 0517, 0546, 0547, 0548, 0549, 0550, 0551, 0552, 0528, 0529, 052 | | 695,374.66<br><br>(465,000.00 secured) |
| Wells Fargo Equip Finance<br>PO Box 1450<br>Minneapolis, MN 55485-8178 | Wells Fargo Equip Finance<br>PO Box 1450<br>Minneapolis, MN 55485-8178 | Security Interest asset numbers: 0800' 0909' 0911' 0912' 0893' 0895' 0896' 0897' 0898' 0894' 0899' 0900' 0901' 0902' 0890' 0891' 0892' 0916' 0917' 090 | | 314,767.91<br><br>(163,000.00 secured) |

In re  **Action Equipment Rentals**                                                                      Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **National City Commercial Capital Co. Ltd**<br>**995 Dalton Ave**<br>**Cincinnati, OH 45203** | **National City Commercial Capital Co. Ltd**<br>**995 Dalton Ave**<br>**Cincinnati, OH 45203** | **Security Interest asset numbers:**<br>**0601' 0602' 0617' 0618' 0619' 0620' 0621' 0625' 0626' 0627' 0603' 0604' 0605' 0606' 0607' 0608' 0628' 0623' 0624** | | 289,679.72<br><br>(169,500.00 secured) |
| **Kraus-Anderson Capital**<br>**523 So. 8th St.**<br>**Minneapolis, MN 55404** | **Kraus-Anderson Capital**<br>**523 So. 8th St.**<br>**Minneapolis, MN 55404** | **Security Interest asset numbers:**<br>**1073' 1501' 1502' 1505' 1118' 1269' 1074' 1116' 1506' 1529** | | 204,095.87<br><br>(108,000.00 secured) |
| **GE Captial**<br>**PO Box 802585**<br>**Chicago, IL 60680-2585** | **GE Captial**<br>**PO Box 802585**<br>**Chicago, IL 60680-2585** | **Security Interest asset numbers:**<br>**0824, 0825, 0794, 0834** | | 150,885.02<br><br>(69,500.00 secured) |
| **West America Bank**<br>**P.O. Box 0552**<br>**Merced, CA 95341** | **West America Bank**<br>**P.O. Box 0552**<br>**Merced, CA 95341** | **Security Interest asset numbers:**<br>**1119, 1264, 1265** | | 63,072.55<br><br>(0.00 secured) |
| **FCC Financing Inc.**<br>**P.O. Box 905010**<br>**Charlotte, NC 28290-5010** | **FCC Financing Inc.**<br>**P.O. Box 905010**<br>**Charlotte, NC 28290-5010** | **Security Interest asset numbers:**<br>**0584' 1097' 1098' 0616' 1299' 1156' 1528' 1056' 1057' 1058' 1039** | | 231,934.38<br><br>(173,500.00 secured) |
| **Diversified Financial Services LLC.**<br>**PO Box 95662**<br>**Chicago, IL 60694-5662** | **Diversified Financial Services LLC.**<br>**PO Box 95662**<br>**Chicago, IL 60694-5662** | **0554** | | 101,709.11<br><br>(45,000.00 secured) |
| **Key Equipment Finance**<br>**PO Box 74713**<br>**Cleveland, OH 44194** | **Key Equipment Finance**<br>**PO Box 74713**<br>**Cleveland, OH 44194** | **Security Interest asset numbers:**<br>**0283' 0249** | | 130,722.15<br><br>(75,000.00 secured) |
| **FCC Financing Inc.**<br>**P.O. Box 905010**<br>**Charlotte, NC 28290-5010** | **FCC Financing Inc.**<br>**P.O. Box 905010**<br>**Charlotte, NC 28290-5010** | **9998** | | 202,521.63<br><br>(150,000.00 secured) |
| **Wells Fargo Equip Finance**<br>**PO Box 1450**<br>**Minneapolis, MN 55485-8178** | **Wells Fargo Equip Finance**<br>**PO Box 1450**<br>**Minneapolis, MN 55485-8178** | **Security Interest asset numbers:**<br>**0869' 0870' 0871' 0868** | | 84,860.54<br><br>(34,000.00 secured) |
| **Banc of America - formerly Gehl Finance**<br>**PO Box 371995**<br>**Pittsburgh, PA 15250-7995** | **Banc of America - formerly Gehl Finance**<br>**PO Box 371995**<br>**Pittsburgh, PA 15250-7995** | **GEHL DL10 S/N 10H55JW0540605** | | 74,237.40<br><br>(30,000.00 secured) |

In re **Action Equipment Rentals**          Case No. _____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **General Petroleum**<br>**PO Box 31001-1235**<br>**Pasadena, CA 91110-1235** | **General Petroleum**<br>**PO Box 31001-1235**<br>**Pasadena, CA 91110-1235** | **Trade Payable** | | **43,633.97** |
| **GE Captial**<br>**PO Box 802585**<br>**Chicago, IL 60680-2585** | **GE Captial**<br>**PO Box 802585**<br>**Chicago, IL 60680-2585** | **45' KNUCKLE BOOM 4X4 DIESEL** | | **43,451.94**<br><br>**(Unknown secured)** |
| **GE Captial**<br>**PO Box 802585**<br>**Chicago, IL 60680-2585** | **GE Captial**<br>**PO Box 802585**<br>**Chicago, IL 60680-2585** | **0799, 0639, 0640, 0641, 0642, 0643, 0698, 0802, 0803, 0712, 0713, 0821, 0592, 0591, 0632, 0788, 0789, 0714, 0855, 0923** | | **70,499.25**<br><br>**(31,400.00 secured)** |
| **Leaf Funding Inc.**<br>**PO Box 644006**<br>**Cincinnati, OH 45264-4006** | **Leaf Funding Inc.**<br>**PO Box 644006**<br>**Cincinnati, OH 45264-4006** | **Security Interest asset numbers:**<br>**0570' 0571' 0572'**<br>**0573' 0574' 0575'**<br>**0576' 0577' 0611'**<br>**0679' 0680' 0598'**<br>**0559' 0560' 0684'**<br>**0689' 0688' 0687'**<br>**0645' 065** | | **102,510.02**<br><br>**(64,400.00 secured)** |
| **Banc of America - formerly Gehl Finance**<br>**PO Box 372021**<br>**Pittsburgh, PA 15250-8021** | **Banc of America - formerly Gehl Finance**<br>**PO Box 372021**<br>**Pittsburgh, PA 15250-8021** | **GEHL RS5-45 S/N RS5JX1212943** | | **57,066.68**<br><br>**(22,000.00 secured)** |
| **GE Captial**<br>**PO Box 802585**<br>**Chicago, IL 60680-2585** | **GE Captial**<br>**PO Box 802585**<br>**Chicago, IL 60680-2585** | **0321, 0322, 0323, 0324, 0325** | | **72,192.76**<br><br>**(37,500.00 secured)** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 28, 2010**        Signature   **/s/ Robert Moffitt**
                                                     **Robert Moffitt**
                                                     **Partner**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com          Best Case Bankruptcy

AAA  Radiators  &  Mufflers
608  E.  7th  St.
Hanford, CA 93230


ACME  Rotary  Broom  Service
3811  N.  Golden  State  Blvd.
Fresno, CA 93722


AGC  of  California
3095  Beacon  Blvd.
West Sacramento, CA 95691


Allied  Storage  Containers  Inc.
P.O.  Box  519
Colton, CA 92324


American  Bank  Leasing
555  Sun  Valley  Dr.  Bldg.  E5
Rosewell, GA 30076


Arnett  Trucking  Company
PO  Box  114
Ontario, Ca 91762-0114


AT&T  Advertising  &  Publishing
PO  Box  989046
West Sacramento, Ca 95798-9046


B  &  M  Auto  &  Truck  Parts
37405  Ave  12  Ste  801
Madera, CA 93638


B  L  Equipment  Rentals  &  Supplies
2725  W.  Cherry  Ct.
Visalia, CA 93277


Balboa  Capital
PO  Box  514870
Los Angeles, CA 90051-4870


Banc  of  America
c/o  Andrew  K.  Alpher  Esq.
Frandzel  Robons  Bloom  &  Csato  LC
6500  Wilshire  Blvd,  7th  Floor
Los Angeles, CA 90048-4920

Banc of America - formerly Gehl Finance
PO Box 371992
Pittsburgh, PA 15250-7992

Banc of America - formerly Gehl Finance
PO Box 371994
Pittsburgh, PA 15250-7994

Banc of America - formerly Gehl Finance
PO Box 371995
Pittsburgh, PA 15250-7995

Banc of America - formerly Gehl Finance
PO Box 371996
Pittsburgh, PA 15250-7996

Banc of America - formerly Gehl Finance
PO Box 371997
Pittsburgh, PA 15250-7997

Banc of America - formerly Gehl Finance
PO Box 371998
Pittsburgh, PA 15250-7998

Banc of America - formerly Gehl Finance
PO Box 371999
Pittsburgh, PA 15250-7999

Banc of America - formerly Gehl Finance
PO Box 372000
Pittsburgh, PA 15250-8000

Banc of America - formerly Gehl Finance
PO Box 372001
Pittsburgh, PA 15250-8001

Banc of America - formerly Gehl Finance
PO Box 372002
Pittsburgh, PA 15250-8002

Banc of America - formerly Gehl Finance
PO Box 372003
Pittsburgh, PA 15250-8003

Banc of America - formerly Gehl Finance
PO Box 372004
Pittsburgh, PA 15250-8004

Banc of America - formerly Gehl Finance
PO Box 372005
Pittsburgh, PA 15250-8005

Banc of America - formerly Gehl Finance
PO Box 372006
Pittsburgh, PA 15250-8006

Banc of America - formerly Gehl Finance
PO Box 372007
Pittsburgh, PA 15250-8007

Banc of America - formerly Gehl Finance
PO Box 372008
Pittsburgh, PA 15250-8008

Banc of America - formerly Gehl Finance
PO Box 372009
Pittsburgh, PA 15250-8009

Banc of America - formerly Gehl Finance
PO Box 372010
Pittsburgh, PA 15250-8010

Banc of America - formerly Gehl Finance
PO Box 372011
Pittsburgh, PA 15250-8011

Banc of America - formerly Gehl Finance
PO Box 372012
Pittsburgh, PA 15250-8012

Banc of America - formerly Gehl Finance
PO Box 372013
Pittsburgh, PA 15250-8013

Banc of America - formerly Gehl Finance
PO Box 372014
Pittsburgh, PA 15250-8014

Banc of America - formerly Gehl Finance
PO Box 372015
Pittsburgh, PA 15250-8015


Banc of America - formerly Gehl Finance
PO Box 372016
Pittsburgh, PA 15250-8016


Banc of America - formerly Gehl Finance
PO Box 372017
Pittsburgh, PA 15250-8017


Banc of America - formerly Gehl Finance
PO Box 372018
Pittsburgh, PA 15250-8018


Banc of America - formerly Gehl Finance
PO Box 372019
Pittsburgh, PA 15250-8019


Banc of America - formerly Gehl Finance
PO Box 372020
Pittsburgh, PA 15250-8020


Banc of America - formerly Gehl Finance
PO Box 372021
Pittsburgh, PA 15250-8021


Banc of America - formerly Gehl Finance
PO Box 372022
Pittsburgh, PA 15250-8022


Banc of America - formerly Gehl Finance
PO Box 372023
Pittsburgh, PA 15250-8023


Banc of America - formerly Gehl Finance
PO Box 372024
Pittsburgh, PA 15250-8024


Banc of America - formerly Gehl Finance
PO Box 372025
Pittsburgh, PA 15250-8025

Banc of America - formerly Gehl Finance
PO Box 372026
Pittsburgh, PA 15250-8026

Banc of America Leasing
Mailcode: IL1-231-08-49
231 S. LaSalle Street, 8th Floor
Attn: Raymond E. Ratliff
Chicago, IL 60604

Barnes Distribution Dept
CH 14079
Palatine, IL 60055-4079

BB&T Leasing Corporation
P.O. Box 580155
Charlotte, NC 28258-0155

Betts Truck Parts & Service
File 50413
Los Angeles, Ca 90074-0413

Blackstone Tire
4764 N. Blackstone
Fresno, Ca 93726

Cal Valley Printing
500 South D Street
Madera, CA 93638

California Turf Equipment & Supply Inc.
956 North "J" St
Tulare, Ca 93274

Cemex
File 57222
Los Angeles, Ca 90074-7222

Central Valley Culligan
2479 S Orange Ave.
Fresno, CA 93725-1332

CIR
P.O. Box 2456
Fresno, CA 93745-2456

Classic Pest Control
1933 W. Caldwell Suite 8
Visalia, CA 93277


Clemco Industries Corp.
PO Box 503465
St. Louis, MO 63150


CNH Capital
PO BOX 894703
Los Angeles, CA 90189-4703


CNH CAPITAL (CC)
Dept CH 10460
Palatine, IL 60055-0460


Croft Trailer Supply Inc.
P.O. Box 300320
Kansas City, MO 64130-0320


CutIt
1950 Channel Dr
West Sacramento, Ca 95691


Daimler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Dassel's Petroleum Inc.
31 Wright Road
Hollister, CA 95023-9319


De Lage Landen
P.O. Box 41601
Philadelphia, PA 19101-1601


Dell Business Credit Payment Processing
PO Box 5275
Carol Stream, IL 60197-5275


Direct Edge Inc.
1480 Arrow Highway
La Verne, CA 91750

Directory Publishing Solutions Inc.
14222 Ladue Rd
Chesterfield, MO 63017


DITEQ Corportion
1250 NW Main St
Lee's Summit, MO 64086


Diversified Financial Services LLC.
PO Box 95662
Chicago, IL 60694-5662


East Bay Tire Co.
2200 Huntington Dr. Unit C
Fairfield, CA 94533


ECOA Industrial Products
7700 NW 74th Avenue
Medley, FL 33166


Electric EEL
PO Box 419
Springfield, OH 45501-0419


Ely Auto Parts Inc.
215 E.Inyo
Tulare, Ca 93274


Ennis Commercial Properties, LLC
643 N. Westwood
Porterville, CA 93257


Equipment Parts Wholesale
4780 E. Jensen Ave
Fresno, CA 93725


Essex Silver Line
600 S 74th
Building A, Suite 101
Ridgefield, WA 98642


Evan's Rebuilt Parts
4321 S Chestnut
Fresno, CA 93725

Faria Trailers Inc.
1073 E Rankin
Tulare, CA 93274


FCC Financing Inc.
P.O. Box 905010
Charlotte, NC 28290-5010


Felling Trailers
1525 Main Street
Sauk Centre, MN 56378


Financial Pacific Leasing, Inc.
3455 S. 344th Way #300
Federal Way, WA 98001-9546


First Bank Inc.
1788 Tribute Road #304
Sacramento, CA 95815


Ford Motor Credit
PO Box 6275
Dearborn, MI 48121


Franchise Tax Board
P.O. Box 2952
Sacramento, CA 95812-2952


Frazee Paint & Wallcovering
Dept # 2510
Los Angeles, CA 90084-2510


Fresno Oxygen
PO Box 1666
Fresno, CA 93717-1666


Fresno Truck Wash
4170 S Bagley ave
Fresno, CA 93725


Fresno Wire Rope Inc.
2360 S. East Ave Fresno
Fresno, CA 93721-3424

Gary V. Burrows Inc.
PO Box 546
Lemoore, Ca 93245


GE Capital Corporation
1961 Hirst Drive
Moberly, AL 35270


GE Captial
PO Box 802585
Chicago, IL 60680-2585


Gearmore Inc.
13477 Benson Ave.
Chino, CA 91710


GEHL Company
143 Water Street
West Bend, WI 53095


General Petroleum
PO Box 31001-1235
Pasadena, CA 91110-1235


General Wire Spring Company
1101 Thompson Ave.
412-771-6300
412-771-2771
McKees Rocks, PA 15136


Genie Industries, Inc.
12506 Collections Center Drive
Chicago, IL 60693


Genie Industries, Inc.
18340 N.E. 76th Street
Redmond, WA 98073-9730


Giotto's
144 South Canby St
688-7618
Tulare, CA 93274

Grainger
Dept 867930489
Palatine, IL 60038-0001


Green Box Rentals, Inc.
6988 Avenue 304
Visalia,, CA 93291


H&E Equipment Services
PO Box 849850
Dallas, TX 75284-9850


Hall Distributing Co.
107 Lake Street
Bakersfild, CA 93305


HCA Equipment Finance LLC.
21925 Network Place
Chicago,, IL 60673-1219


Hitachi Capital #00569
800 Connecticut Ave
Norwalk,, CT 06854


Holt Lumber Inc.
PO Box 1008 Fresno
Fresno, CA 93714-3291


Hot Tank Supply, Inc
10328 East Sierra Ave
Clovis, CA 93619-9311


Hydraulic Controls, Inc.
PO Box 8157
Emeryville, CA 94662


Independent Sales
P.O. Box 756
Hanford, CA 63232


Internal Revenue Service
P.O. Box 21126, Stop N781
Philadelphia, PA 19114

Iron Industries Inc.
P.O. Box 1324
Hanford, CA 93232


Irwin Commercial Finance
PO Box 6214
Indianapolis, IN 46206-6214


John Deere Credit
PO Box 4450
Carol Stream, IL 60197-4450


Keller Motors of Hanford
700 W. Cadillac LN.
Hanford, C 93230


Kennametal Inc.
Dept LA21164
Pasadena, CA 91185


Key Equipment Finance
PO Box 74713
Cleveland, OH 44194


Kraus-Anderson Capital
523 So. 8th St.
Minneapolis, MN 55404


Kuckenbecker Tractor
3040 s. Parkway Dr.
FRESNO, CA 93725


Kurz Truck Service
PO Box 599
Strathmore, Ca 93267


Lawrence Tractor Co.
P.O. Box 946
HANFORD, CA 93232-0946


Leaf Funding Inc.
PO Box 644006
Cincinnati, OH 45264-4006

Leisle Electric, Inc.
2485 S. Cherry
FRESNO, CA 93706

Leslie Electric, Inc.
2485 S. Cherry
FRESNO, CA 93707

M&T Bank formerly Court Sq.
PO Box 62176
Baltimore, MD 21264

M.P.S. Distribution
1315 Vinci Ave #B
SACRAMENTO, CA 95838

Mackissic Inc.
PO Box 111
Parker Ford, PA 19457

Matson Alarm Co., Inc.
8401 N. Fresno St.
FRESNO, CA 93720

Medco Tool
PO Box 64888
Case #D1267096
St. Paul, MN 55164

Mission Uniform Service
520 E. Mineral King Avenue
VISALIA, CA 93292-6921

MMD Equipment, LLC
3 Hawk Court
Swedesboro, NJ 08085

Mohammad Karamzdah
1011 E. Edgemont Drive
Fresno, CA 93720

Morgan & Slates Inc
12918 Hanford Armona Road
Hanford, Ca 93230

Morris  Levin  &  Sons
1816 S. "K" Street
Tulare, CA 93274


Multiquip  Inc.
23688 Network Place
Chicago, IL 60673-1633


National  City  Commercial  Capital
995 Dalton Avenue
Cincinnati, OH 45203


National  City  Commercial  Capital  Co.  Ltd
995 Dalton Ave
Cincinnati, OH 45203


Navtrak,  Inc
Inc PO Box 1915
Salisbury, MD 21802


Nixon-Egli  Equipment  Co.
P.O. Box 511262
Los Angeles, CA 90051-7817


North  Kern  Machinery
PO Box 1240
Delano, CA 93216


OnTrac
Dept 1664
Los Angeles, CA 90084-1664


Pape  Trucks,  Inc.
PO Box 5077
PORTLAND, OR 97208-5077


Paul  and  Marilyn  Atlas
1816 South K Street
Tulare, CA 93274


People's  Capital  &  Leasing  Corporation
255 Bank St 4th Floor
Waterbury, CT 06702-2213

Power Plus
1005 N. Edward Ct
Anaheim, CA 92806


Power Transmission & Supply
2625 E Jensen
FRESNO, CA 93706-5064


Powerstride Battery
2424 "F" Street
Bakersfield, Ca 93301


Praxair
Dept LA 21511 Pasadena, Ca   91185-1511
Pasadena,, CA 91185-1511


Quality Machinery
961 East Third St.
HANFORD, CA 93232


Quinn Rental Services
Department 9657 Los Angeles, CA. 90084-9
Los Angeles, CA 90084-9657


Rajysan Equipment dba MMD Equipment
121 High Hill Rd
Swedesboro, NJ 08085


Ranchos Auto & Transmission Repair
12090 Road 37 1/2
Madera, CA 93636


Rayco Manufacturing
4255 Lincoln Way East
Wooster, OH 44691-8601


Redneck Trailer Supplies
2100 N. West Bypass
Springfield, MO 65803


Sacramento Leasing Inc.
P.O. Box 41376
Sacramento,, CA 95841-0376

San Joaquin Filter Recycling
1992 W. Belmont Ave.
FRESNO, CA 93728-2626


Seibert's Battery Co.
2545 E. Jensen
FRESNO, CA 93706


Sign Works
105 E. 5th Street
Hanford, CA 93230


State Board of Equalization
P.O. Box 942879, MIC 29
Sacramento, CA 94279-0029


Steam Cleaners Inc.
2655 S East Avenue
Fresno, CA 93706-5409


Stearns Bank
500 13th St.
P.O. Box 750
Albany, MN 56307


Strathmore Machinery
PO Box 11
Strathmore, CA 93267


Swanson's Hydraulic Machine Shop
P.O. Box 394
Tulare, CA 93275


Takeuchi
DEPT. AT 952309
Atlanta, GA 31192-2309


TelePacific Communications
PO Box 526035
Sacramento, Ca 95852-6035


Terminal Air Brake Supply
2475 S. Cherry Ave
FRESNO, CA 93706

The Diesel Doctor
1800 East Burton Ave
Tulare, CA 93274


Transworld Systems
PO Box 14010
SANTA ROSA, CA 95402-6010


Trinity
PO Box 7167
Pasadena,, CA 91109-7167


United States Attorney
for Internal Revenue Service
2500 Tulare Street, Suite 4401
Fresno, CA 93721


US Bank Vendor Services
PO BOX 790448
Saint Louis, MO 63179-0448


Utility Trailer Sales
PO Box 11845
FRESNO, CA 93775-1845


Valley Ford
455 11th Avenue
HANFORD, CA 93232-0909


Valley Power Systems Inc.
File # 56634
Los Angeles, CA 90074-6634


Valley Tool & Manufacturing, Inc.
PO Box 220
Hughson, CA 95326


Visalia Chamber of Ciommerce
220 N. Santa Fe Street
VISALIA, CA 93292


WCI - Madera Disposol
PO Box 60248
Los Angeles, CA 60089-4508

Wells Fargo Equip Finance
PO Box 1450
Minneapolis, MN 55485-8178


West America Bank
P.O. Box 0552
Merced, CA 95341


Western Power Products
3000 Gateway Ave
Bakersfield, Ca 93307


Wholesale Equipment of Fresno
P.O. Box 2637
Fresno, CA 93745


Wirtgen America Inc.
PO Box 714
Antioch, TN 37011


Yanmar America
951 Corporate Grove Dr
Buffalo Grove, IL 60089-4508