```
 1  4
    Richard A. Solomon
 2  SOLOMON, GRINDLE, SILVERMAN
    & WINTRINGER, APC
 3  12651 High Bluff Drive, Suite 300
    San Diego, California 92130
 4  Tel: (858) 793-8500
    Fax: (858) 793-8263
 5
    Attorneys for Secured Creditor/Moving Party
 6  WELLS FARGO EQUIPMENT FINANCE, INC.
```

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re | Case No: 10-61196 |
| ACTION EQUIPMENT RENTALS, | DC No: RAS-001 |
| Debtors. | Chapter 11 |
| | **CERTIFICATE OF SERVICE** |
| | The Courtroom of the Honorable Whitney Rimel |

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 12651 High Bluff Drive, Suite 300, San Diego, California, 92130.

On 11-17-10, I served the foregoing document described as **OBJECTION TO PROPOSED ADEQUATE PROTECTION PAYMENTS BY WELLS FARGO EQUIPMENT FINANCE, INC.** and **DECLARATION OF CHRISTI HOHENSEE IN SUPPORT OF WELLS FARGO EQUIPMENT FINANCE, INC.'S OPPOSITION TO PROPOSED ADEQUATE PROTECTION PAYMENTS** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED LIST**

///

///

| | | |
|---|---|---|
| 1 | /X/ | (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U. S. Postal Service pursuant to which practice the correspondence will be deposited with the U. S. Postal Service this same day in the ordinary course of business. |
| 4 | / / | (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee. |
| 5 | / / | (VIA UPS NEXT DAY AIR) I caused such envelope to be placed in the UPS depository at San Diego, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with UPS on that same day at San Diego, California in the ordinary course of business. |
| 8 | / / | (VIA FACSIMILE TRANSMISSION) I caused such document to be sent via facsimile transmission on this date during regular business hours to the addressee(s) as shown above. The facsimile machine utilized complies with California Rule of Court 2003(3) and no error was reported by the machine. Pursuant to California Rule of Court 2008(4) I caused the machine to print a transmission record of the transmission. |
| 11 | / / | (BY E-MAIL/ELECTRONIC TRANSMISSION) I caused the document(s) to be sent to the addressee(s) at the e-mail addresses as shown above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |
| 14 | / / | (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| 15 | /X/ | (Federal) I declare under the penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

Executed on 11-17-10, at San Diego, California.

Denise A. Arviso

H:\COMMON\RAS\Wells Fargo Equip Fin\Action Equipment - Iron Industries\Action Equipment Rentals\Pld\00 POS, Eastern, Fresno.wpd

2

**SERVICE LIST**
In re: Action Equipment Rentals.
Case No. 10-61196

**DEBTOR:**
Action Equipment Rentals
PO Box 1324
Hanford, CA 93232

**DEBTOR'S COUNSEL:**
Hagop T. Bedoyan
5260 N. Palm Avenue, No. 201
Fresno, CA 93704

**U.S. TRUSTEE:**
Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

**U.S. TRUSTEE'S COUNSEL:**
Gregory S. Powell
2500 Tulare Street, No. 1401
Fresno, CA 93721

Robin S. Tubesing
2500 Tulare Street, No. 1401
Fresno, CA 93721

Honorable Whitney Rimel
United States Bankruptcy Court
Eastern District of California - Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721-1318

**20 LARGEST CREDITORS:**

| | | |
|---|---|---|
| Morris Levin & Sons<br>1816 S. "K" Street<br>Tulare, CA 93274 | People's Capital & Leasing Corporation<br>255 Bank Street 4th Floor<br>Waterbury, CT 06702-2213 | GE Capital<br>PO Box 802585<br>Chicago, IL 60680-2585 |
| Wells Fargo Equip Finance<br>PO Box 1450<br>Minneapolis, MN 55485-8178 | National City Commercial Capital Co. Ltd<br>995 Dalton Ave<br>Cincinnati, OH 45203 | Kraus-Anderson Capital<br>523 So. 8th Street<br>Minneapolis, MN 55404 |
| GE Capital<br>PO Box 802585<br>Chicago, IL 60680-2585 | West America Bank<br>P.O. Box 0552<br>Merced, CA 95341 | FCC Financing Inc.<br>P.O. Box 905010<br>Charlotte, NC 28290-5010 |
| Diversified Financial Services LLC<br>PO Box 95662<br>Chicago, IL 60694-5662 | Key Equipment Finance<br>PO Box 74713<br>Cleveland, OH 44194 | FCC Financing Inc.<br>P.O. Box 905010<br>Charlotte, NC 28290-5010 |

| | | |
|---|---|---|
| Wells Fargo Equipment Finance<br>PO Box 1450<br>Minneapolis, MN 55485-8178 | Bank of America - formerly Gehl Finance<br>PO Box 371995<br>Pittsburgh, PA 15250-7995 | General Petroleum<br>PO Box 31001-1235<br>Pasadena, CA 91110-1235 |
| GE Capital<br>PO Box 802585<br>Chicago, IL 60680-2585 | GE Capital<br>PO Box 802585<br>Chicago, IL 60680-2585 | Leaf Funding Inc.<br>PO Box 644006<br>Cincinnati, OH 45264-4006 |
| Banc of America - formerly Gehl Finance<br>PO Box 372021<br>Pittsburgh, PA 15250-8021 | GE Capital<br>PO Box 802585<br>Chicago, IL 60680-2585 | |